```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  CHAD M. MANDELL (ILBN 628783)
    Special Assistant United States Attorney
 5
        150 South Almaden Boulevard, Suite 900
 6      San Jose, California 95113
        Telephone: (408) 535-5061
 7      Facsimile: (408) 535-5066
        chad.mandell@usdoj.gov
 8
    Attorneys for the United States,
 9
                                                              *E-FILED - 6/23/09*
10
```

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00904 RMW |
| Plaintiff, | |
| vs. | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING |
| LUIS GUZMAN-HERNANDEZ, | |
| Defendants. | |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the sentencing hearing currently set for June 8, 2009 may be continued to Monday June 22, 2009, at 9:00 a.m. The reason for the requested continuance is to permit counsel for the government to be present at the sentencing hearing. On June 8 through June 9, 2009, counsel for the government has a jury trial scheduled before the Honorable Jeremy Fogel, in U.S. v. Carballo-Delgado (CR

08-00512), and may not be available for the June 8, 2009, sentencing hearing in the above captioned case.

Finally, U.S. Probation Officer Lori Timmons has not objection to the proposed continuance.

Dated: June 3, 2009

s/_____
LARA VINNARD
Assistant Federal Public Defender

Dated: June 3, 2009

s/_____
CHAD MANDELL
Assistant United States Attorney

## [] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing of June 3, 2009 shall be continued to June 22, 2009 at 9:00 a.m.

Dated: June 23, 2009

*Ronald M. Whyte*

_____
RONALD M. WHYTE
United States District Judge